# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| ROLEX WATCH U.S.A., INC., | |
| Plaintiff, | Case No. 2:09-cv-2093-LDG (RJJ) |
| v. | **ORDER** |
| ANGELIKA RYSKA, *et al*., | |
| Defendants. | |

For good cause shown,

THE COURT **ORDERS** that Plaintiff's Motion for Final Default Judgment and Permanent Injunction by Default (#25) is GRANTED.

DATED this _18_ day of March, 2011.

_____
Lloyd D. George
United States District Judge