# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROLEX WATCH U.S.A., INC., | |
| Plaintiff, | Case No. 2:09-cv-2093-LDG (RJJ) |
| v. | **FINAL JUDGMENT AND PERMANENT INJUNCTION BY DEFAULT** |
| ANGELIKA RYSKA, *et al*., | |
| Defendants. | |

The Court having granted Plaintiff's Motion for Final Judgement and Permanent Injunction by Default (#25), therefore,

THE COURT **ORDERS AND ADJUDGES** that Defendants Angelika Ryska a/k/a Angelica Ryska and Robert Mayer, individually and d/b/a moreaffordable4u.com shall pay Plaintiff Rolex Watch U.S.A., Inc., statutory damages of $1,000,000.00, which represents an award of $100,000.00 for each of ten trademarks counterfeited by the Defendants in accordance with 15 U.S.C. §1117(c)(2);

THE COURT FURTHER **PERMANENTLY ENJOINS AND RESTRAINS** Defendants Angelika Ryska a/k/a Angelica Ryska and Robert Mayer, individually and d/b/a moreaffordable4u.com, their agents, servants, employees, and all persons acting under

1 Defendants' permission and authority from infringing, in any manner, Plaintiff Rolex Watch
2 U.S.A., Inc.'s trademarks in accordance with 15 U.S.C. §1116;
3     THE COURT FURTHER **ORDERS AND ADJUDGES** that Defendants Angelika
4 Ryska a/k/a Angelica Ryska and Robert Mayer, individually and d/b/a
5 moreaffordable4u.com pay Plaintiff Rolex Watch U.S.A., Inc.'s costs, including reasonable
6 attorney's fees, in accordance with 15 U.S.C. §1117(a) and (b).

8 DATED this __18__ day of March, 2011.

                                                  _____
                                                Lloyd D. George
                                                United States District Judge